OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

3-21-02

Daniel R. Harrison, Esq.
Rizzo & Associates
850-5 Summit Street
Darby, PA  19023

Re: 1:00-cv-00037

Please file all pleadings direct[ly with]
the assigned Judge is located. [...]
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

---

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Manni[on]
Magistrate Judge Thomas M. Blewit[t]

---

Judge James F. McClure
Judge Malcolm Muir

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/STREET
NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
OTHER
RETURN TO SENDER
RTS

FILED
HARRISBURG
MAR 20 2002
MARY E. D'ANDREA, CLERK
Per _____ DEPUTY CLERK

11-14-01